**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___05/27/2026___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY JAMES,

                              Plaintiff,                              **26-CV-4283 (VSB) (KHP)**

              -against-
                                                                     **ORDER ADJOURNING INITIAL**
828/850 MADISON AVENUE                                               **CASE MANAGEMENT**
MEMBERS' CLUB, INC.,                                                 **CONFERENCE**

                              Defendant.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, United States Magistrate Judge:**

        In light of the Notice of Voluntary Dismissal filed on May 26, 2026 (doc. no 6) the Initial

Case Management Conference currently scheduled for **August 17, 2026,** is hereby adjourned

*sine die*.

        **SO ORDERED.**

DATED:        New York, New York
              May 27, 2026

                                                   Katharine H Parker
                                                   _____
                                                   KATHARINE H. PARKER
                                                   United States Magistrate Judge